```
 1  ALEXANDER G. CALFO (SBN 152891)
        ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
        KOlah@yukelaw.com
 3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
        ganderson-thompson@yukelaw.com
 4  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:    (213) 362-7777
 6  Facsimile:    (213) 362-7788

 7  Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC., JOHNSON &
 8  JOHNSON SERVICES, INC., JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
 9  Johnson, Inc."), DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
10  International, Ltd.")
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DAVIS and SUSAN DAVIS, | CASE NO. CV12-2700-MMC |
| Plaintiffs, | **[PROPOSED]** ORDER RE STIPULATION TO STAY PROCEEDINGS |
| vs. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs MICHAEL DAVIS and SUSAN DAVIS and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all

1 documents, files, and pleadings in this action; and upon good cause shown, it is hereby
2 ORDERED that:
3    1.   The Parties' request for a stay of proceedings is GRANTED;
4    2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial
5         Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
6         *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
7         MDL Docket No. 2244.
8    3.   All deadlines, including any deadlines relating to a potential remand motion and
9         any outstanding responsive pleading, are extended until 30 days after the entry of a
10        joint Case Management Order in the MDL addressing remand briefing.
11   PURSUANT TO STIPULATION, IT IS SO ORDERED.

13 Dated: June 13, 2012



Hon. Maxine M. Chesney

764521.1 / 25-219                    2                         CV12-2700-MMC
[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS